ACCEPTED
01-12-1108-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 1:48:46 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-12-1108-CV

_____

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT OF TEXAS
## AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 1:48:46 PM
CHRISTOPHER A. PRINE
Clerk

_____

## TELICIA OWENS,
**Appellant,**

**v.**

## KRISTA G. HANDYSIDE, M.D., AND
## SAMUEL J. PRATER, M.D., ET. AL.
## Appellees.

_____

**On Appeal from 152nd Judicial District Court of Harris County, Texas
Trial Court Cause Number 2012-07534**

_____

**KRISTA G. HANDYSIDE, M.D., AND SAMUEL J. PRATER, M.D.'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A
MOTION FOR REHEARING AND/OR A MOTION FOR EN BANC
RECONSIDERATION**

_____

Frank A. Doyle
Texas Bar No. 06091300
Gabe A. Sassin
Texas Bar No. 24060557
Myers Doyle
7676 Woodway, Suite 350
Houston, Texas 77063
(713) 278-9215 – Telephone
(713) 278-9163 – Facsimile

**COUNSEL FOR APPELLEES,
KRISTA G. HANDYSIDE, M.D., AND SAMUEL J. PRATER, M.D.**

**KRISTA G. HANDYSIDE, M.D., AND SAMUEL J. PRATER, M.D.'S**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO FILE A MOTION FOR REHEARING AND/OR A**
**MOTION FOR EN BANC RECONSIDERATION**

Appellees, **KRISTA G. HANDYSIDE, M.D., AND SAMUEL J. PRATER, M.D.** ("Drs. Handyside and Prater"), file this Unopposed Motion respectfully requesting an extension of forty-five (45) days to file a Motion for Rehearing and/or a Motion for En Banc Reconsideration in this matter. In support of the same, Drs. Handyside and Prater show the Court the following:

1.      Appellees are Krista G. Handyside, M.D., and Samuel J. Prater, M.D., Memorial Hermann Hospital System d/b/a Memorial Hermann – Texas Medical Center, and Kenneth A. Totz, D.O.; Appellant is Telicia Owens.

2.      This Unopposed Motion is filed within any deadlines contemplated under Texas Rules of Appellate Procedure 10.1, 10.5, and 49.

3.      This Motion for Extension is unopposed.

4.      The Court may grant an extension of time under the authority of Texas Rule of Appellate Procedure 10.5(b).

5.      This is an unopposed motion requesting an extension of time to file a Motion for Rehearing and/or a Motion for En Banc Reconsideration of the Judgment and Opinion entered by this Court on April 23, 2015. The current deadline to file Drs. Handyside's and Prater's Motion for Rehearing and/or Motion for En Banc Reconsideration is May 8, 2015.

6.     Drs. Handyside and Prater request an additional forty-five (45) days to file its Motion for Rehearing and/or Motion for En Banc Reconsideration, extending the time that the motions are due until June 22, 2015.

7.     Drs. Handyside and Prater do not seek this extension for reasons of delay, but so counsel may have more time for consideration of appellate issues and so that justice may be done.

8.     Drs. Handyside and Prater have sought no prior extensions to file these motions.

9.     For the reasons above, Drs. Handyside and Prater respectfully request that the Court grant an extension of time to file their Motion for Rehearing and/or Motion for En Banc Reconsideration until June 22, 2015.

10.    Drs. Handyside and Prater respectfully request all other appropriate relief.

Respectfully submitted,

**MYERS ⬩DOYLE**

**/S/ FRANK A. DOYLE**
By_____
   **Frank A. Doyle**
   State Bar No. 06091300
   fdoyle@myersdoyle.com
   **Gabe A. Sassin**
   State Bar. No. 24060557
   gsassin@myersdoyle.com
7676 Woodway, Suite 350
Houston Texas 77063
(713) 278-9215 Telephone
(713) 278-9163 Facsimile
**ATTORNEYS FOR APPELLEES**
**KRISTA G. HANDYSIDE, M.D.,**
**AND  SAMUEL J. PRATER, M.D.**

3

## CERTIFICATE OF CONFERENCE

Counsel for Drs. Handyside and Prater has conferred with Appellant's counsel regarding this Motion for Extension of Time to File a Motion for Rehearing and/or a Motion for En Banc Reconsideration. Appellant's counsel is unopposed.

**/S/ FRANK A. DOYLE**

_____

**Frank A. Doyle**

## CERTIFICATE OF SERVICE

I, **Frank A. Doyle,** hereby certify that a true and correct copy of the above and foregoing document has been forwarded to the following counsel of record on this the 8th day of May 2015 in the manner indicated below:

| | |
|---|---|
| Reginald E. McKamie, Sr.<br>Law Offices of Reginald E. McKamie<br>1210 Antoine Drive<br>Houston, Texas 77055 | [X] via certified mail<br>[ ] via regular mail<br>[X] via E-service<br>[ ] via hand delivery |
| Charles B. Holm<br>Holm Bambace LLP<br>1010 Lamar, Suite 100<br>Houston, Texas 77002 | [ ] via certified mail<br>[ ] via regular mail<br>[X] via E-service<br>[ ] via hand delivery |
| Richard M. Law<br>Angela M. Nolan<br>Smith Adams Law, LLP<br>1415 Louisiana, Suite 3800<br>Houston, Texas 77002 | [ ] via certified mail<br>[ ] via regular mail<br>[X] via E-service<br>[ ] via hand delivery |

**/S/ FRANK A. DOYLE**

_____

**Frank A. Doyle**

4